## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ILLINOIS BATTERY CORPORATION, | ) | Case No. 09 B 00581 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

### FINAL REPORT OF SALE

Frances Gecker (the "Trustee"), not individually, but as Chapter 7 Trustee of the bankruptcy estate of Illinois Battery Corporation (the "Debtor"), by her attorneys, Frank/Gecker LLP, respectfully presents this report of sale (the "Report") pursuant to Federal Rule of Bankruptcy Procedure 6004 (the "Bankruptcy Rules"), by Don Dodge and American Auction Associates, Inc. and states as follows:

1.    Pursuant to Court Order dated September 22, 2009 (the "Sale Order"), Trustee was authorized to employ Donald Dodge and American Auction Associates, Inc. (collectively, "Don Dodge") as her auctioneer to liquidate the Debtor's vehicles, inventory, equipment or other items of value ("Sale Items") (see Exhibit A).

2.    The attached Exhibit B, lists the dates and amounts of inventory sold at the auction held on October 3, 2009.

3.    During this period, the gross sales were $3,900.00 (the "Sale Proceeds").

4.    Don Dodge received a buyer's commission not paid from the Debtor's estate of 10% of the sale price of the Sale Items, or $390.00.

5.    Pursuant to the Sale Order, Don Dodge was authorized reimbursement of his expenses and costs of the auction up to $1,000.00.

6.    Don Dodge incurred $528.59 in auction expenses (see Exhibit B), which were deducted from the Sale Proceeds.  Therefore, the net sale proceeds were $3,371.41.

7.     The sale of Debtor's Sale Items has concluded and the Trustee is not aware of any

other equipment or inventory to sell.

Dated:  October 27, 2009.

Respectfully submitted,

FRANCES GECKER, not individually, but as
Chapter 7 Trustee of the bankruptcy estate of
ILLINOIS BATTERY CORPORATION,

By:___ /s/ ___Zane L. Zielinski_____
        One of her attorneys

Zane L. Zielinski (ARDC #6278776)
**Frank/Gecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60610
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
zzielinski@fgllp.com