UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ILLINOIS BATTERY CORPORATION | § | Case No. 09-00581 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/14/2013 in Courtroom 680,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2013            By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
ILLINOIS BATTERY CORPORATION § Case No. 09-00581
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 53,246.15 |
| and approved disbursements of | $ | 33,484.59 |
| leaving a balance on hand of[1] | $ | 19,761.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005B | Bank of America, successor in interest to LaSalle | $ 92.61 | $ 92.61 | $ 0.00 | $ 0.00 |
| 000010 | Internal Revenue Service | $ 1,010.61 | $ 1,010.61 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors    $            0.00
Remaining Balance                        $       19,761.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 5,912.31 | $ 0.00 | $ 5,912.31 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 28,871.50 | $ 24,406.50 | $ 4,465.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 171.68 | $ 116.51 | $ 55.17 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 9,767.30 | $ 4,972.00 | $ 4,795.30 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 89.24 | $ 68.84 | $ 20.40 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 51.20 | $ 51.20 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 15,248.18

Remaining Balance     $ 4,513.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,692,056.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA | $ 5,697.00 | $ 0.00 | $ 15.20 |
| 000003 | Rexx Battery Co., Inc. | $ 7,877.74 | $ 0.00 | $ 21.01 |
| 000004 | Joseph V. Roddy | $ 40,289.64 | $ 0.00 | $ 107.47 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Bank of America, successor in interest to LaSalle | $ 676,962.12 | $ 0.00 | $ 1,805.72 |
| 000006 | General Casualty Ins. Co. | $ 3,676.43 | $ 0.00 | $ 9.81 |
| 000007 | Domestic Linen Supply Co Inc | $ 3,010.43 | $ 0.00 | $ 8.03 |
| 000009 | 3350 N Kedzie LLC | $ 207,353.94 | $ 0.00 | $ 553.09 |
| 000011 | Patricia Lunkes, as Successor Trustee | $ 155,620.00 | $ 0.00 | $ 415.10 |
| 000012 | Koyo Battery Co., Ltd. | $ 485,287.91 | $ 0.00 | $ 1,294.45 |
| 000013 | Chicago Transit Authority | $ 51,819.46 | $ 0.00 | $ 138.22 |
| 000015 | Crown Battery Mfg. Co. | $ 54,461.47 | $ 0.00 | $ 145.28 |

Total to be paid to timely general unsecured creditors     $ 4,513.38

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                     Case No. 09-00581-JPC
Illinois Battery Corporation                                               Chapter 7
             Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: mmyers                 Page 1 of 3                  Date Rcvd: Jan 11, 2013
                               Form ID: pdf006              Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2013.
db           +Illinois Battery Corporation,    2453 W. Irving Park Road,    Chicago, IL 60618-3787
aty          +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
14535949    +++3350 N Kedzie LLC,    David Stieper, Stieper Law Office Ltd,     2500 W Higgins suite 1200,
               Hoffman Estates,IL 60169-7243
14535809    +++3350 N. Kedzie, L.L.C.,     David Stieper, Stieper Law Offices Ltd,     2500 W Higgins suite 1200,
               Hoffman Estates, IL 60169-7243
14535807    +++3350 North Kedzie LLC,     David Stieper, Stieper Law Office Ltd,     2500 W Higgins suite 1200,
               Hoffman Estates, IL 60169-7243
13032220     +ADP,   100 NW Point Blvd.,    Elk Grove Village, IL 60007-1018
13032225     #AT & T,   P. O. Box 8100,    Aurora, IL 60507-8100
13032221     +Akram Auto Electric,    6307 N. Clark Street,    Chicago, IL 60660-1203
13032222      Allied Waste Services,    P. O. Box 9001154,    Louisville, KY 40290-1154
13032223     +Allison's Lift Truck Service,    1352 Enterprise Drive,    Romeoville, IL 60446-1016
13032263     +Bank of America,    135 S. LaSalle Street,    Chicago, IL 60603-4157
13032265      Bank of America,    P. O. Box 539008,    Atlanta, GA 30353-9008
13032264     +Bank of America,    c/o Sheryl A. Fyock,    Latimer LeVay Jurasek LLC,
               55 W. Monroe St., Suite 1100,    Chicago, IL 60603-5128
14208202    +++Bank of America, successor in interest to LaSalle,     55 West Monroe suite 1100,
               Chicago,IL 60603-5128
13032227     +Battery Terminal, Inc.,    3836 N. Winchester Ave.,    Ashland, KY 41101-3105
13032228     +Cell Source Distribution,    3350 N. Kedzie,    Chicago, IL 60618-5785
13032229      Chase Visa,   P. O. Box 15153,    Wilmington, DE 19886-5153
13032230     +Chicago Transit Authority,    Accounts Payable,    567 W. Lake Street,    Chicago, IL 60661-1465
13032231      City of Chicago,    Department of Revenue,    P. O. Box 88292,    Chicago, IL 60680-1292
13032232      Conseco Life Ins. Co.,    36553 Treasury Center,    Chicago IL 60694-6500
13032233      Crown Battery Mfg. Co.,    Attn: JoAnne,    1445 Majestic Drive,    Pob 990,
               Fremont, OH 43420-0990
13032201     +Darlene Rogers,    3637 N. Kimball,    2nd Floor,   Chicago IL 60618-4305
13032202      David Lunkes,    100 E. NW Highway,    Des Plaines IL 60016
14525429    +++Domestic Linen Supply Co Inc,     30555 Northwestern Highway suite 300,
               Farmington Hills, Michigan 48334-3160
13032234     +Domestic Uniform Rental,    4131 N. Ravenswood,    Chicago, IL 60613-1888
13032212      Donna Bober,    8274 W. 138th Pl.,    Orland Park, IL 60462
13032235     #+Douglas Battery Mfg. Co.,    500 Battery Drive,    Winston Salem, NC 27107-4137
13032207     +Eileen Lunkes,    5032 N. Central Park,    Chicago, IL 60625-5513
13032236      Energy Battery Group,    P. O. Box 740209,    Atlanta, GA 30374-0209
13032237     +Energy Products,    c/o Abrams & Abrams, P.C.,    180 W. Washington, #910,    Chicago IL 60602-2316
13032238      Exide Technologies,    P. O. Box 403574,    Atlanta, GA 30384-3574
13032239     +First Hudson Leasing,    12600 Rockside Rd.,    P. O. Box 197,    Cleveland, OH 44125-4525
13032240     +General Casualty Ins. Co.,    Attn Pam Petersen,    One General Drive,    Sun Prairie, WI 53596-0002
13032203     +Guadalupe Valdez,    4912 W. Eddy,    Chicago IL 60641-3686
13032241     +HYP Network,    5104 N. Ravenswood,    Chicago, IL 60640-2713
13032215      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
13032242      Integrys Energy Systems,    231305 Momentum Place,    Chicago, IL 60689-5311
13032217    +++Internal Revenue Service,    Pob 21126,    Philadelphia,PA 19114-0326
13032208     +James Lunkes,    511 Bedford Lane,    Des Plaines, IL 60016-2936
13032211     +James W. Lunkes Trust,    c/o Patricia Lunkes,    5415 N. Sheridan Rd.,    #2506,
               Chicago, IL 60640-1977
13032204     +Joseph L. Williams,    6150 N. Kenmore,    Chicago IL 60660-2733
13032243     +Joseph V. Roddy,    77 W. Washington St.,    Suite 1100,    Chicago IL 60602-3249
14188966     +Joseph V. Roddy,    Law Offices of Joseph V. Roddy,    77 W. Washington, Suite 1100,
               Chicago, IL 60602-3249
13032205     +Ken Jeffries,    2348 N. Harding,    Chicago IL 60647-2212
13032244    +++Koyo Battery Co., Ltd.,    2525 CABOT DRIVE SUITE 204,     LISLE, IL 60532-3628
13032206     +Michael J. Lunkes,    5032 N. Central Park,    Chicago, IL 60625-5513
13032209     +Michael T. Lunkes,    1516 N. Bosworth,    Chicago, IL 60642-2350
13032245     +Midtronics,    7000 Monroe Street,    Willowbrook, IL 60527-5655
13032246      Motive Parts Company,    FMP-NW5544,    P. O. Box 1450,    Minneapolis, MN 55485-5544
13032247      PAMCO Label Co. , Inc.,    2200 S. Wolf Rd.,    Des Plaines, IL 60018-1934
13032210     +Patricia Lunkes,    5415 N. Sheridan Rd.,    #2506,    Chicago, IL 60640-1977
14538568      Patricia Lunkes, as Successor Trustee,     c/o Floyd Perkins,    Ungaretti & Harris LLP,
               3500 Three First National Plaza,    Chicago, IL 60602
13032213     +Peter McKatten,    5415 N. Sheridan, #2506,    Chicago IL 60640-1977
13032249     +Powerhouse Unlimited, Inc.,    Attn: John,    7345 N. Harlem, Unit D,    Niles, IL 60714-4223
13032250     +Pro Tech Automotive,    3053 W. Irving Park Road,    Chicago IL 60618-3538
13032251      Quill,   P. O. Box 37600,    Philadelphia, PA 19101-0600
13032254     +ROD Enterprise, Inc.,    168 W. Foxhill Drive,    Buffalo Grove, IL 60089-7702
13032252     +Remy Battery Co.,    4301 W. Lincoln Ave.,    Milwaukee, WI 53219-1688
13032218     +Secretary of State Jesse White,    Dept. of Business Services,    501 S. 2nd Street,
               Springfield IL 62756-0001
13032256     +Stauber's Ace Hardware,    3911 N. Lincoln Ave.,    Chicago, IL 60613-2417
13032257     +Superior Battery Mfg. Co. Inc.,    P. O. Box 1010,    2515 Highway 910,
               Russell Springs, KY 42642-8854
13032259     +TNT Advertising Specialists,    4717 Sweetmeadow Circle,    Sarasota, FL 34238-3398
```

```
District/off: 0752-1           User: mmyers                 Page 2 of 3                  Date Rcvd: Jan 11, 2013
                               Form ID: pdf006              Total Noticed: 71

13032258       Tiger Automotive,    708 N. Ashland,    Chicago, IL 60622
13032260       WISCO,    P. O. Box 88666,    Chicago, IL 60680-1666
13032214       Wenceslau Delgado,    3625 S. 61st St.,    Cicero IL 60804
13032266      +William J. Lunkes,    2453 W. Irving Park Rd.,    Apt. 1,    Chicago, IL 60618-3713
13032261    +++Yellow Book USA,    C/O RMS Bankruptcy Recovery Service,    Pob 5126,
               Timonium, Maryland 21094-5126
13032262    +++Yellow Book USA,    C/O RMS Bankruptcy Recovery Services,    Pob 5126,
               Timonium,Maryland 21094-5126
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13032248       E-mail/Text: bankruptcy@pb.com Jan 12 2013 01:45:57     Pitney Bowes, Inc.,    P. O. Box  856390,
               Louisville, KY 40285-6390
13032224       E-mail/PDF: cbp@slfs.com Jan 12 2013 01:57:02      American General Life,    P. O. Box 0798,
               Carol, Stream IL 60132-0798
13032255       E-mail/Text: appebnmailbox@sprint.com Jan 12 2013 01:44:09      Sprint,    P. O. Box  660092,
               Dallas, TX  75266-0092
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13032226*      AT & T,    P. O. Box 8100,    Aurora, IL 60507-8100
13032216*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13032219     ##+Accurate Fire Equipment,    3942 N. Central,    Chicago, IL 60634-2732
13032253     ##+Rexx Battery Co., Inc.,    2505 S. Grand Ave.,    Springfield, IL 62703-5691
                                                                                 TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2013**                    **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers               Page 3 of 3            Date Rcvd: Jan 11, 2013
                              Form ID: pdf006            Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2013 at the address(es) listed below:

          Frances Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          John K. Kneafsey    on behalf of Debtor    Illinois Battery Corporation jkneafsey@nisen.com,
           pmoffitt@nisen.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard H Fimoff    on behalf of Defendant    Worldwide Batter Company rfimoff@rsplaw.com,
           fb@rsplaw.com
          Scott A Bachert    on behalf of Defendant    Superior Battery Manufacturing Company, Inc.
           bachert@hbmfirm.com,
           wyatt@hbmfirm.com;stephens@hbmfirm.com;harvey@hbmfirm.com;codell@hbmfirm.com
          Sheryl A Fyock    on behalf of Creditor    Bank of America, as successor by merger with LaSalle
           Bank National Association sfyock@llflegal.com
          William Cross    on behalf of Plaintiff Frances  Gecker wcross@fslegal.com
          Zane L Zielinski    on behalf of Plaintiff Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
          Zane L Zielinski    on behalf of Attorney Zane L Zielinski zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
          Zane L Zielinski    on behalf of Other Prof. Alan D Lasko zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

                                                                                                            TOTAL: 11