# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
ILLINOIS BATTERY CORPORATION              §       Case No. 09-00581
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                 Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                 Claims Discharged
                                                  Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on       .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | BANK OF AMERICA, SUCCESSOR IN INTER | | | | | |
| | UNITED STATES TREASURY | | | | | |
| 000010 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANKGECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| AUCTIONEER EXPENSES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACCURATE FIRE EQUIPMENT | | | | | |
| | ADP | | | | | |
| | AKRAM AUTO ELECTRIC | | | | | |
| | ALLIED WASTE SERVICES | | | | | |
| | ALLISON'S LIFT TRUCK SERVICE | | | | | |
| | AMERICAN GENERAL LIFE | | | | | |
| | AT&T | | | | | |
| | AT&T | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BATTERY TERMINAL, INC. | | | | | |
| | CELL SOURCE DISTRIBUTION | | | | | |
| | CHASE VISA | | | | | |
| | CITY OF CHICAGO | | | | | |
| | CONSECO LIFE INS. CO. | | | | | |
| | DONNA BOBER | | | | | |
| | EILEEN LUNKES | | | | | |
| | ENERGY BATTERY GROUP | | | | | |
| | ENERGY PRODUCTS | | | | | |
| | EXIDE TECHNOLOGIES | | | | | |
| | FIRST HUDSON LEASING | | | | | |
| | HYP NETWORK | | | | | |
| | INTEGRYS ENERGY SYSTEMS | | | | | |
| | JAMES A. LUNKES | | | | | |
| | JOHN W. LUNKES TRUST | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MICHAEL J. LUNKES | | | | | |
| | MICHAEL T. LUNKES | | | | | |
| | MIDTRONICS | | | | | |
| | MOTIVE PARTS COMPANY | | | | | |
| | PAMCO LABEL CO., INC. | | | | | |
| | PITNEY BOWES, INC. | | | | | |
| | POWERHOUSE UNLIMITED, INC. | | | | | |
| | PRO TECH AUTOMOTIVE | | | | | |
| | QUILL | | | | | |
| | REMY BATTERY CO. | | | | | |
| | ROD ENTERPRISES, INC. | | | | | |
| | SPRINT | | | | | |
| | STAUBER'S ACE HARDWARE | | | | | |
| | SUPERIOR BATTERY MFG. CO. INC. | | | | | |
| | TIGER AUTOMOTIVE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TNT ADVERTISING SPECIALISTS | | | | | |
| | WILLIAM J. LUNKES | | | | | |
| | WISCO | | | | | |
| | WORLDWIDE BATTERY COMPANY | | | | | |
| 000009 | 3350 N KEDZIE LLC | | | | | |
| 000008 | 3350 NORTH KEDZIE LLC | | | | | |
| 000005A | BANK OF AMERICA, SUCCESSOR IN INTER | | | | | |
| 000013 | CHICAGO TRANSIT AUTHORITY | | | | | |
| 000002 | CROWN BATTERY MFG. CO. | | | | | |
| 000015 | CROWN BATTERY MFG. CO. | | | | | |
| 000007 | DOMESTIC LINEN SUPPLY CO INC | | | | | |
| 000004 | JOSEPH V. RODDY | | | | | |
| 000012 | KOYO BATTERY CO., LTD. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | PATRICIA LUNKES, AS SUCCESSOR TRUST | | | | | |
| 000001 | YELLOW BOOK USA | | | | | |
| 000006 | GENERAL CASUALTY INS. CO. | | | | | |
| 000003 | REXX BATTERY CO., INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-00581 | JPC | Judge: Jacqueline P. Cox |
| --- | --- | --- | --- |
| Case Name: | ILLINOIS BATTERY CORPORATION | | |

For Period Ending: 06/26/13

| Trustee Name: | Frances Gecker |
| --- | --- |
| Date Filed (f) or Converted (c): | 01/09/09 (f) |
| 341(a) Meeting Date: | 02/17/09 |
| Claims Bar Date: | 10/07/09 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 12.69 | FA | 0.00 | 0.00 |
| 2. CHECKING ACCOUNT | 2,600.00 | 2,600.00 | | 2,002.27 | FA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT | 3,000.00 | 3,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. ACCOUNTS RECEIVABLE | 123,110.78 | 123,000.00 | | 1,439.61 | FA | 0.00 | 0.00 |
| 5. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 1995 Ford Van | 500.00 | 500.00 | | 900.00 | FA | 0.00 | 0.00 |
| 7. 2002 Nissan Altima | 2,600.00 | 2,600.00 | | 3,000.00 | FA | 0.00 | 0.00 |
| 8. OFFICE EQUIPMENT | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. MACHINERY AND SUPPLIES | 100.00 | 100.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. INVENTORY | 2,500.00 | 2,500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. PREFERENTIAL TRANSFER (Factory Motor Parts) (u) | 0.00 | 26,000.00 | | 26,000.00 | FA | 0.00 | 0.00 |
| 12. ADVERSARY PROCEEDING (Superior Battery) (u)  Preference action - 10-364 against Superior Battery. | Unknown | 3,500.00 | | 3,500.00 | FA | 0.00 | 0.00 |
| 13. ADVERSARY CASE (Worldwide Battery) (u)  Trustee v. Worldwide Battery - 10 A 00366 | Unknown | 5,000.00 | | 5,000.00 | FA | 0.00 | 0.00 |
| | | | | | | | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.02d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

Case No:   09-00581   JPC   Judge: Jacqueline P. Cox

Case Name:   ILLINOIS BATTERY CORPORATION

Trustee Name:   Frances Gecker

Date Filed (f) or Converted (c):   01/09/09 (f)

341(a) Meeting Date:   02/17/09

Claims Bar Date:   10/07/09

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. PREFERENTIAL TRANSFER (Crown Battery) (u) | 0.00 | 11,211.58 | | 11,211.58 | FA | 0.00 | 0.00 |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. TAX REFUNDS (u) | 0.00 | 0.00 | | 180.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $134,910.78   $180,511.58   $53,246.15   $0.00   $0.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT AND DISTRIBUTION HAS BEEN MADE.

Initial Projected Date of Final Report (TFR): 12/01/10   Current Projected Date of Final Report (TFR): 12/01/12

/s/   Frances Gecker

_____ Date: 06/27/13

FRANCES GECKER

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-00581  -JPC | Trustee Name: | Frances Gecker |
| Case Name: | ILLINOIS BATTERY CORPORATION | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5418  MONEY MARKET |
| Taxpayer ID No: | *******6231 | | |
| For Period Ending: | 06/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| * Reversed | | | Subtotal | 0.00 | 0.00 | |
| t  Funds Transfer | | | Less:  Payments to Debtors | | 0.00 | |
| C  Bank Cleared | Memo Allocation Net: | 0.00 | Net | 0.00 | 0.00 | |

Page Subtotals                    0.00                    0.00

Ver: 17.02d

FORM 2                                                                                    Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-00581 -JPC |
| Case Name: | ILLINOIS BATTERY CORPORATION |
| Taxpayer ID No: | *******6231 |
| For Period Ending: | 06/26/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5421  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   07/08/09 | 4 | Chicago Transit Authority<br>LaSalle National Bank<br>Chicago, IL | CTA refund | 1121-000 | 1,347.00 | | 1,347.00 |
| C   07/08/09 | 4 | Switchcraft, Inc.<br>Chicago, IL | Account receivables | 1121-000 | 92.61 | | 1,439.61 |
| C   07/08/09 | 17 | Treasurer of the City of Chicago<br>Comptroller Office -<br>Department of Finance | Refund | 1224-000 | 180.00 | | 1,619.61 |
| C   07/20/09 | 2 | Corus Bank<br>P.O. Box 7966<br>Chicago, IL  60680-7966 | Bank Account | 1129-000 | 2,002.27 | | 3,621.88 |
| C   07/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 3,621.92 |
| C   08/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,622.01 |
| C   09/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,622.10 |
| C   10/19/09 | 6, 7 | Estate of Alpine Asphalt Paving, Inc. | Deposited in Wrong Estate<br>    Memo Amount:         3,900.00<br>Gross Auction Proceeds<br>    Memo Amount:     (      528.59 )<br>AUCTIONEER EXPENSES | <br><br>1129-000<br><br>3620-000 | 3,371.41 | | 6,993.51 |
| | | | | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 6,993.51 | 0.00 |

FORM 2                                                                    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-00581 -JPC | Trustee Name: | Frances Gecker |
| Case Name: | ILLINOIS BATTERY CORPORATION | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5421  MONEY MARKET |
| Taxpayer ID No: | *******6231 | | |
| For Period Ending: | 06/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  10/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 6,993.63 |
| C  11/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,993.81 |
| C  12/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,993.99 |
| C  01/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,994.17 |
| C  02/26/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,994.33 |
| C  03/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 6,994.51 |
| C  04/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,994.68 |
| C  05/10/10 | 11 | FactoryMotorParts 1380 Corporate Center Curve Suite 200 Eagan, MN  55121-1200 | Preferential Transfer Settlement | 1241-000 | 26,000.00 | | 32,994.68 |
| C  05/18/10 | 15 | Crown Battery 1445 Majestic Drive P.O. Box 990 Fremont, Ohio  43420-0990 | Preferential Transfer | 1241-000 | 11,211.58 | | 44,206.26 |
| C  05/28/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.67 | | 44,206.93 |
| C  06/21/10 | 12 | Superior Battery East 80, P.O. Box 1010 Russell Springs, KY  42642 | ADVERSARY SETTLEMENT | 1241-000 | 3,500.00 | | 47,706.93 |

Page Subtotals                          40,713.42                 0.00

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

Case No:      09-00581 -JPC
Case Name:   ILLINOIS BATTERY CORPORATION

Taxpayer ID No:   *******6231
For Period Ending:   06/26/13

Trustee Name:      Frances Gecker
Bank Name:         BANK OF AMERICA
Account Number / CD #:   *******5421  MONEY MARKET

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/23/10 | 13 | Worldwide Battery Co., LLC<br>9955 Westpoint Dr.<br>Suite 120<br>Indianapolis, IN  46256 | ADVERSARY SETTLEMENT | 1241-000 | 5,000.00 | | 52,706.93 |
| C  06/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 1.22 | | 52,708.15 |
| C  07/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.24 | | 52,710.39 |
| C  08/12/10 | 001000 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654<br><br>  Fees          24,406.50<br>  Expenses      116.51 | First Interim Fee App<br>Order dated 8/11/10<br><br><br><br>3110-000<br>3120-000 | | | 24,523.01 | 28,187.38 |
| C  08/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.46 | | 28,188.84 |
| C  09/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,189.54 |
| C  10/29/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.71 | | 28,190.25 |
| C  11/30/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.70 | | 28,190.95 |
| C  12/31/10 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,191.67 |
| C  01/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.72 | | 28,192.39 |

Page Subtotals      5,008.47      24,523.01

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page:   5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:          09-00581  -JPC
Case Name:     ILLINOIS BATTERY CORPORATION

Trustee Name:                          Frances Gecker
Bank Name:                             BANK OF AMERICA
Account Number / CD #:        *******5421  MONEY MARKET

Taxpayer ID No:  *******6231
For Period Ending:  06/26/13

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 02/08/11 | 001001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 32.09 | 28,160.30 |
| C | 02/28/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.22 | | 28,160.52 |
| C | 03/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,160.76 |
| C | 04/19/11 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603      Fees           4,972.00 Expenses          68.84 | Pursuant to Order dated 4/19/11            3410-000 3420-000 | | | 5,040.84 | 23,119.92 |
| C | 04/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.22 | | 23,120.14 |
| C | 05/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,120.34 |
| C | 06/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,120.53 |
| C | 07/29/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,120.72 |
| C | 08/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,120.92 |
| C | 09/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.19 | | 23,121.11 |
| * C | 10/25/11 | 001003 | INTERNAL REVENUE SERVICE | 2008 Tax Return/Late File Penalty | 4300-003 | | 3,283.97 | 19,837.14 |

Page Subtotals          1.65          8,356.90

Ver: 17.02d

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-00581  -JPC | |
| Case Name: | ILLINOIS BATTERY CORPORATION | |
| | | |
| Taxpayer ID No: | *******6231 | |
| For Period Ending: | 06/26/13 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5421  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Cincinnati, OH  45999-0013 | 2008 Tax returns late file penalties | | | | |
| * C | 10/25/11 | 001003 | INTERNAL REVENUE SERVICE<br>Cincinnati, OH  45999-0013 | 2008 Tax Return/Late File Penalty<br>wrong amount. | 4300-003 | | -3,283.97 | 23,121.11 |
| C | 10/25/11 | 001004 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0012 | FEIN 30-0016231<br>ILLINOIS BATTERY CORPORATION, FORM<br>1120S, TAX YEAR 2008<br>ILLINOIS BATTERY CORPORATION, FORM<br>1120S, TAX YEAR 2008 | 4300-000 | | 3,286.94 | 19,834.17 |
| C | 10/31/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 19,834.37 |
| C | 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 29.46 | 19,804.91 |
| C | 11/30/11 | 1 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,805.07 |
| C | 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.55 | 19,780.52 |
| C | 12/29/11 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 19,780.67 |
| C t | 12/29/11 | | Transfer to Acct #*******2194 | Bank Funds Transfer | 9999-000 | | 19,780.67 | 0.00 |

|  | | |
|---|---|---|
| Page Subtotals | 0.51 | 19,837.65 |

Ver: 17.02d

FORM 2

Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-00581  -JPC |
| Case Name: | ILLINOIS BATTERY CORPORATION |
| Taxpayer ID No: | *******6231 |
| For Period Ending: | 06/26/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5421  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 3,900.00 | COLUMN TOTALS | 52,717.56 | 52,717.56 | 0.00 |
| | Memo Allocation Disbursements: | 528.59 | Less:  Bank Transfers/CD's | 0.00 | 19,780.67 | |
| * Reversed | | | Subtotal | 52,717.56 | 32,936.89 | |
| t Funds Transfer | Memo Allocation Net: | 3,371.41 | Less:  Payments to Debtors | | 0.00 | |
| C Bank Cleared | | | Net | 52,717.56 | 32,936.89 | |

Page Subtotals                    0.00                    0.00

Ver: 17.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

Exhibit 9

| Case No: | 09-00581  -JPC | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | ILLINOIS BATTERY CORPORATION | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2194  GENERAL CHECKING |
| Taxpayer ID No: | *******6231 | | |
| For Period Ending: | 06/26/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******5421 | Bank Funds Transfer | 9999-000 | 19,780.67 | | 19,780.67 |
| C   02/07/12 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND #016026455 2/1/12  TO 2/1/13 | 2300-000 | | 19.11 | 19,761.56 |
| C t  02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 19,761.56 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 19,780.67 | 19,780.67 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 19,780.67 | 19,761.56 | |
| | | Subtotal | 0.00 | 19.11 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 19.11 | |

**\*  Reversed**
**t  Funds Transfer**
**C  Bank Cleared**

Page Subtotals        19,780.67        19,780.67

Ver: 17.02d

FORM 2                                                                                    Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 09-00581 -JPC |
| Case Name: | ILLINOIS BATTERY CORPORATION |
| Taxpayer ID No: | *******6231 |
| For Period Ending: | 06/26/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6918  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C t | 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 19,761.56 | | 19,761.56 |
| C | 02/15/13 | 010000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 5,912.31 | 13,849.25 |
| C | 02/15/13 | 010001 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Second and Final Fee Application | | | 4,520.17 | 9,329.08 |
| | | | | Fees          4,465.00 | 3110-000 | | | |
| | | | | Expenses          55.17 | 3120-000 | | | |
| C | 02/15/13 | 010002 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | 4,815.70 | 4,513.38 |
| | | | | Fees          4,795.30 | 3410-000 | | | |
| | | | | Expenses          20.40 | 3420-000 | | | |
| C | 02/15/13 | 010003 | Yellow Book USA C/O RMS Bankruptcy Recovery Service Pob 5126 Timonium, Maryland 21094 | Claim 000001, Payment 0.27% | 7100-000 | | 15.20 | 4,498.18 |
| * C | 02/15/13 | 010004 | Rexx Battery Co., Inc. | Claim 000003, Payment 0.27% | 7100-003 | | 21.01 | 4,477.17 |

Page Subtotals        19,761.56        15,284.39

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2                                                                                                    Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 09-00581  -JPC |
| Case Name: | ILLINOIS BATTERY CORPORATION |
| Taxpayer ID No: | *******6231 |
| For Period Ending: | 06/26/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******6918  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 2505 S. Grand Ave. Springfield, IL 62703 | | | | | |
| C | 02/15/13 | 010005 | Joseph V. Roddy Law Offices of Joseph V. Roddy 77 W. Washington, Suite 1100 Chicago, IL 60602 | Claim 000004, Payment 0.27% | 7100-000 | | 107.47 | 4,369.70 |
| C | 02/15/13 | 010006 | Bank of America, successor in interest to LaSalle 55 West Monroe suite 1100 Chicago,IL 60603 | Claim 000005A, Payment 0.27% | 7100-000 | | 1,805.72 | 2,563.98 |
| * C | 02/15/13 | 010007 | General Casualty Ins. Co. Attn Pam Petersen One General Drive Sun Prairie, WI 53596 | Claim 000006, Payment 0.27% | 7100-003 | | 9.81 | 2,554.17 |
| C | 02/15/13 | 010008 | Domestic Linen Supply Co Inc 30555 Northwestern Highway suite 300 Farmington Hills, Michigan 48334 | Claim 000007, Payment 0.27% | 7100-000 | | 8.03 | 2,546.14 |
| C | 02/15/13 | 010009 | 3350 N Kedzie LLC David Stieper, Stieper Law Office Ltd 2500 W Higgins suite 1200 Hoffman Estates,IL 60169 | Claim 000009, Payment 0.27% | 7100-000 | | 553.09 | 1,993.05 |
| C | 02/15/13 | 010010 | Patricia Lunkes, as Successor Trustee c/o Floyd Perkins Ungaretti & Harris LLP | Claim 000011, Payment 0.27% | 7100-000 | | 415.10 | 1,577.95 |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 2,899.22 |

Ver: 17.02d

FORM 2                                                                                  Page:  11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 09-00581  -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | ILLINOIS BATTERY CORPORATION | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******6918  GENERAL CHECKING |
| Taxpayer ID No: | *******6231 | | | |
| For Period Ending: | 06/26/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 3500 Three First National Plaza Chicago, IL 60602 | | | | | |
| C | 02/15/13 | 010011 | Koyo Battery Co., Ltd. 2525 CABOT DRIVE SUITE 204 LISLE, IL 60523 | Claim 000012, Payment 0.27% | 7100-000 | | 1,294.45 | 283.50 |
| C | 02/15/13 | 010012 | Chicago Transit Authority Accounts Payable 567 W. Lake Street Chicago, IL 60661 | Claim 000013, Payment 0.27% | 7100-000 | | 138.22 | 145.28 |
| C | 02/15/13 | 010013 | Crown Battery Mfg. Co. Attn: JoAnne 1445 Majestic Drive Pob 990 Fremont, OH 43420-0990 | Claim 000015, Payment 0.27% | 7100-000 | | 145.28 | 0.00 |
| * C | 03/19/13 | 010004 | Rexx Battery Co., Inc. 2505 S. Grand Ave. Springfield, IL 62703 | Claim 000003, Payment 0.27% Undeliverable - business no longer exists. | 7100-003 | | -21.01 | 21.01 |
| C | 03/19/13 | 010014 | United States Bankruptcy Court 219 S. Dearborn Street Courtroom 680 Chicago, IL  60604 | Claim 000003, Payment 0.27% | 7100-001 | | 21.01 | 0.00 |
| * C | 05/23/13 | 010007 | General Casualty Ins. Co. Attn Pam Petersen | Claim 000006, Payment 0.27% Never returned, never posted.  Reissued to | 7100-003 | | -9.81 | 9.81 |

|  | Page Subtotals | 0.00 | 1,568.14 |
|---|---|---|---|

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2                                                                                                    Page:    12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

Case No:            09-00581  -JPC                          Trustee Name:        Frances Gecker
Case Name:          ILLINOIS BATTERY CORPORATION            Bank Name:           Bank of New York Mellon
                                                            Account Number / CD #:    *******6918  GENERAL CHECKING

Taxpayer ID No:     *******6231
For Period Ending:  06/26/13                                Blanket Bond (per case limit):    $  5,000,000.00
                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | One General Drive<br>Sun Prairie, WI 53596 | Bankruptcy Court. | | | | |
| C    05/23/13 | 010015 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Courtroom 680<br>Chicago, IL  60604 | Claim 000006, Payment 0.27% | 7100-001 | | 9.81 | 0.00 |

|  | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| | | |
| Memo Allocation Net: | 0.00 | |

**\*  Reversed**
**t  Funds Transfer**
**C  Bank Cleared**

| | | |
|---|---|---|
| Total Allocation Receipts: | 3,900.00 | |
| Total Allocation Disbursements: | 528.59 | |
| | | |
| Total Memo Allocation Net: | 3,371.41 | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 19,761.56 | 19,761.56 | 0.00 |
| Less: Bank Transfers/CD's | 19,761.56 | 0.00 | |
| Subtotal | 0.00 | 19,761.56 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,761.56 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******5418 | 0.00 | 0.00 | 0.00 |
| MONEY MARKET - *******5421 | 52,717.56 | 32,936.89 | 0.00 |
| GENERAL CHECKING - *******2194 | 0.00 | 19.11 | 0.00 |
| GENERAL CHECKING - *******6918 | 0.00 | 19,761.56 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 52,717.56 | 52,717.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00             9.81

FORM 2                                                                                                  Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-00581  -JPC | Trustee Name: | Frances Gecker |
| Case Name: | ILLINOIS BATTERY CORPORATION | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******6918  GENERAL CHECKING |
| Taxpayer ID No: | *******6231 | | |
| For Period Ending: | 06/26/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

/s/    Frances Gecker

Trustee's Signature: _____    Date: 06/27/13
FRANCES GECKER

Page Subtotals                    0.00                    0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*